CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Martin H. Orlick SBN. 083908,
mho@jmbm.com
Stuart K. Tubis SBN. 278278,
skt@jmbm.com
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Attorney for Defendant
Bushel Basket, LLC

Jonathan M. Jenkins
jjenkins@jklitigators.com
JENKINS KAYAYAN LLP
444 S. Flower St., Suite 1750
Los Angeles, CA 90071
Telephone: (310) 984-6800
Attorney for Defendant
Mission Liquor & Tobacco, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br>v.<br><br>BUSHEL BASKET, LLC, a California Limited Liability Company; MISSION LIQUOR & TOBACCO, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:19-CV-08789-SVW-AS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 29, 2020   CENTER FOR DISABILITY ACCESS

By:   /s/ Phyl Grace
      Phyl Grace
      Attorneys for Plaintiff

Dated: April 29, 2020   JEFFER MANGELS BUTLER & MITCHELL LLP

By:   /s/ Martin H. Orlick
      Martin H. Orlick
      Stuart K. Tubis
      Attorneys for Defendant
      Bushel Basket, LLC

Dated: April 29, 2020   JENKINS KAYAYAN LLP

By:   /s/ Jonathan M. Jenkins
      Jonathan M. Jenkins
      Attorneys for Defendant
      Mission Liquor & Tobacco, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Martin H. Orlick, counsel for Bushel Basket, LLC, and Jonathan M. Jenkins counsel for Mission Liquor & Tobacco, Inc. that I have obtained authorization to affix their electronic signature to this document.

Dated: April 29, 2020    CENTER FOR DISABILITY ACCESS

                By:    /s/ Phyl Grace
                     Phyl Grace
                     Attorneys for Plaintiff